UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ELAINE REYNOSA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-03231-JRS-DLP |
| | ) | |
| A & S TRANSPORTATION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

On July 1, 2020, the Magistrate Judge submitted her Amended Report and
Recommendation with regard to the Defendant's Motion to Enforce the Parties'
Settlement Agreement (ECF No. 38). The Court, having considered the Magistrate
Judge's Report and Recommendation enforce the parties' settlement agreement,
hereby **ADOPTS** the Magistrate Judge's Amended Report and Recommendation.
Any obligations owed under the Settlement Agreement should be completed within
fifteen (15) days of this order.

SO ORDERED.

Date: 7/20/2020

_____

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

–1–

Distribution:

ELAINE REYNOSA
3537 Apple Street
Indianapolis, IN 46203

Christopher J. DeGroff
SEYFARTH SHAW LLP
cdegroff@seyfarth.com

Ryan Lee Young
SEYFARTH SHAW LLP
ryoung@seyfarth.com